UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DIANA NICHOLS,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>   Commissioner of the Social Security<br>   Administration<br>                Defendant. | Case No. CV-16-71-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      ORDERED that the Commissioner's decision be REVERSED and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion. *(order filed on 3/12/2018)*

    Dated this 12th Day of March 2018.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Amanda Carrillo
                                     Deputy Clerk