IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DIANA NICHOLS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | CV 16-71-BLG-SPW<br><br>**ORDER** |

Before the Court is Diana Nichol's Motion for Attorney's Fees Pursuant to

the Equal Justice Act. (Doc. 28.) The Court notes that Nichols failed to adhere to

Local Rule 7.1(c)(1), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle

matters more expeditiously. Compliance with the local rule is required.

Accordingly,

  **IT IS ORDERED** that Diana Nichol's Motion for Attorney's Fees is

**DENIED** with leave to renew.

  DATED this  /3  day of June, 2018.

SUSAN P. WATTERS
United States District Court Judge